Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone:  (949) 340-3400
Facsimile:   (949) 340-3000
Email:         trustee.bui@shulmanbastian.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**RONALD CLOER** and<br>**SUZANNE M. CLOER,**<br><br>Debtors. | Case No.  6:18-bk-17211-SY<br><br>Chapter  7<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF CHAPTER 7 TRUSTEE'S <u>AMENDED</u> APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF THE BROKER TEAM OF PRO REALTY GROUP AND BK GLOBAL REAL ESTATE SERVICES AS REAL ESTATE BROKER**<br><br>Date: July 2, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 302<br>            United States Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

   Lynda T. Bui ("Trustee"), the duly appointed, qualified and acting Chapter 7 trustee for the bankruptcy estate ("Estate") of Ronald Cloer and Suzanne M. Cloer ("Debtors"), in accordance with the Court's request for further briefing, files this supplemental brief in support of her *Amended Application for an order Authorizing Employment of the Broker*

**Lynda T. Bui,**
**Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

1

Employ App Broker Team TC Cloer, Supplemental Brief v2
23101-000\EXP. 23

*Team of Pro Realty Group and BK Global Real Estate Services as Real Estate Broker* ("Application"), and respectfully represents as follows:

On April 28, 2020, the Trustee filed the Application (docket number 76). Having received no opposition to the Application, on May 19, 2020, the Trustee filed a *Declaration That No Party Requested a Hearing on Motion* (docket number 77) and uploaded a proposed Order on the Application. On June 1, 2020, the Court rejected the proposed Order and requested that the Trustee set the Application for hearing and submit additional briefing regarding "how Pro Realty and BK Global will split the commission and whether, under California law, a California licensed broker can share fees with a non-California licensed broker."

In response to the Court's inquiry, Pro Realty will receive 2%, BK Global will receive 2% and buyer's agent will receive 2% of the total 6% commission. BK Global is getting the commission effectively for successfully negotiating with the lenders for a short pay. With respect to the Court's second inquiry, pursuant to California Business and Professions Code ("BPC") Section 10137, a licensed California broker may share fees with another licensed non-California broker. California Business and Professions Code § 10137 provides in relevant part as follows:

> It is unlawful for any licensed real estate broker to retain, compensate, directly or indirectly, any person for performing any of the acts within the scope of this chapter who is not a licensed real estate broker, or a real estate salesperson licensed under the responsible broker retaining or compensating him or her, or to retain or compensate, directly or indirectly, any licensee for engaging in any activity for which a mortgage loan originator license endorsement is required, if that licensee does not hold a mortgage loan originator license endorsement; ***provided, however, that a licensed real estate broker may pay a commission to a broker of another state.***

*See* BPC 10137 (emphasis added). That is, under California law, a non-California broker may receive commission so long as the broker is licensed in another state. Here, BK Global is licensed in the state of Florida as set forth in the Declaration of Patrick Butler, attached to the Application.

**Lynda T. Bui,
Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

2

Employ App Broker Team TC Cloer, Supplemental Brief v2
23101-000\EXP. 23

1  Based on the explanation above and arguments made in the Application, the
2  Trustee respectfully requests that the Court grant the Application as requested.

4  Dated: June 18, 2020           */s/ Lynda T. Bui*
                                  Lynda T. Bui
                                  Chapter 7 Trustee for the bankruptcy estate of
                                  Ronald Cloer and Suzanne M. Cloer

**Lynda T. Bui,**
**Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

3

Employ App Broker Team TC Cloer, Supplemental Brief v2
23101-000\EXP. 23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL BRIEF IN SUPPORT OF CHAPTER 7 TRUSTEE'S AMENDED APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF THE BROKER TEAM OF PRO REALTY GROUP AND BK GLOBAL REAL ESTATE SERVICES AS REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 18, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Attorney for Debtors**: Gregory Ashcraft    firm@ashcraftfirm.com, ashcraftgr66567@notify.bestcase.com
- **Chapter 7 Trustee**: Lynda T. Bui (TR)    trustee.bui@shulmanbastian.com, C115@ecfcbis.com
- **Attorney for Western Riverside Council of Governments** Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com
- **Attorney for Trustee**: Brandon J Iskander    biskander@shulmanbastian.com, avernon@shulmanbastian.com
- **Interested Party**: Alexander K Lee    ecfcacb@aldridgepite.com, akl@ecf.courtdrive.com
- **Interested Party**: Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
- **Attorney for Trustee**: Leonard M Shulman    lshulman@shulmanbastian.com
- **Interested Party**: Cheryl A Skigin    ca.ecf@aislaw.com, caskigin@earthlink.net
- **Interested Party**: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 18, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**:
U.S. Bankruptcy Court
Attn:  Honorable Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **June 18, 2020** | **Erlanna Lohayza** | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**